# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| SUITE 1800 | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

ADMITTED NY

October 31, 2019

**BY ECF**
The Honorable Denny Chin
United States Circuit Court Judge
Second Circuit Court of Appeals
40 Foley Square
New York, New York 10007

        Re:   *United States v. Lin Li*, 02 Cr. 271 (DC);
               *United States v. Lin Li,* 03 Cr. 567 (DC);
               *Lin Li v. United States,* 18 Civ. 8640 (DC);
               *Lin Li v. United States,* 18 Civ. 8642 (DC).

Your Honor:

        I represent Mr. Lin Li in the above-referenced matters and write in further support of his *pro se* motions to vacate, set aside, or correct his sentences pursuant to 28 U.S.C. § 2255.

        I have reviewed the Probation Department's October 30, 2019 supplemental presentence report, and the defense agrees that Mr. Li's new Guidelines analysis results in a total adjusted offense level of 31, and a resulting Guidelines range of 108 to 135 months.

        I also write to correct a typographical error in my letter from yesterday.  Mr. Li was sentenced on February 14, 2006, not 2016.

        Accordingly, Mr. Li requests that his applications be granted.

        Respectfully,

        s/
        Michael Hueston

cc:    A.U.S.A. David Felton